# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION


SHARON BURKE-JOHNSON,

    Plaintiff,       Case No. 04-73996-DT

v.              Hon. Lawrence P. Zatkoff

ANTHONY J. PRINCIPI,
SECRETARY OF THE DEPARTMENT
OF VETERANS AFFAIRS

    Defendant.

---

| | |
|---|---|
| **DAVID A. NACHT (P47034)** | **VANESSA MIREE MAYS (P34725)** |
| **ANGELA L. WALKER (P67625)** | Assistant United States Attorney |
| Nacht & Associates, P.C. | Department of Justice |
| Attorneys for Plaintiff | Attorney for Defendant |
| 101 N. Main Street, Suite 555 | 211 W. Fort Street, Ste. 2001 |
| Ann Arbor, Michigan 48104 | Detroit, MI 48226 |
| (734) 663-7550 | (313) 226-9762 |

---

## ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


     At a session of said Court, held in the United States
     District Court for the Eastern District of Michigan,
     Southern Division, on  November 3, 2005


     Present: Lawrence P. Zatkoff
         United States District Court Judge

   Upon consideration of the parties' stipulation and the Court being fully advised in

the premises;


   IT IS HEREBY ORDERED that the Plaintiff's deadline to timely file her

response to Defendant's Motion for Summary Judgment is extended from November 3, 2005 to November 17, 2005.

Dated: November 3, 2005          s/Lawrence P. Zatkoff
                                 United States District Court Judge


                                 **ENTRY OF THIS ORDER SHALL
                                 NOT DELAY THE PROCEEDINGS
                                 IN THE ABOVE MATTER IN
                                 ANY MATTER WHATSOEVER**